# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MICHAEL DAVID REILLY

**FILED** **06CR0877**

NOV 30 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

MAGISTRATE JUDGE NOLAN

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 28, 2006__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant,

by force and violence, and by intimidation, did take from the person and presence of bank employees at TCF Bank, 5600 North Kimball, Chicago, Illinois, approximately $2,947.00 in United States Currency belonging to and in the care, custody, control, management, and possession of TCF Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation (FBI)__ and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: __X__ Yes   ___ No

*Nikkole Robertson*
Nikkole Robertson, Special Agent, FBI

Sworn to before me and subscribed in my presence,

November 30, 2006                     at Chicago, Illinois
Date                                  City and State

Nan R. Nolan, U.S. Magistrate Judge           *Nan R. Nolan*
Name & Title of Judicial Officer              Signature of Judicial Officer

**DOCKETED**
DEC 4 2006

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## AFFIDAVIT

I, Nikkole Robertson, being duly sworn under oath, state as follows:

### Introduction

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), Department of Justice and have been so employed for approximately two years. I am currently assigned to the FBI Violent Crimes Task Force (VCTF). As a member of the VCTF I am responsible for investigating violent crimes, including kidnaping, fugitive and bank robbery investigations. Prior to my employment with the FBI, I was a police officer for over five years with the Sauk Village, Illinois Police Department.

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and therefore does not contain all details or all facts of which I am aware relating to this investigation.

3. The information below is provided for the limited purpose of establishing probable cause that on or about November 28, 2006, MICHAEL DAVID REILLY did, by force, violence and intimidation, take from the person and presence of bank employees, approximately $2,947.00 in United States Currency belonging to and in the care, custody, control, management, and possession of the TCF Bank, 5600 North Kimball, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

## November 28, 2006 Robbery of the TCF Bank

4. On November 28, 2006, TCF Bank was robbed by a white male in his 50's, wearing a Chicago Bears sweatshirt, dark jacket, dark ball cap and glasses. The VCTF has obtained TCF Bank's FDIC number, which confirms that the deposits of TCF Bank are insured by the FDIC.

5. At approximately 3:55 p.m. on November 28, 2006, "Teller A" was working at her teller station when a white male, later identified as MICHAEL DAVID REILLY, approached the teller counter. REILLY yelled to Teller A, stating that he had a gun and to give him the money. REILLY pointed to another bank employee and ordered that bank employee to get down. Teller A gave REILLY the cash, bait bills and dye pack from her teller drawer. Teller A described REILLY as approximately 5'08", 180 pounds, black and white beard, wearing a dark cap and black jacket.

6. Witnesses observed REILLY exit the bank. Three witnesses began chasing REILLY. While chasing REILLY, witnesses observed REILLY take off the jacket he was wearing and drop the cash he was carrying that was smoking from the exploded dye pack

7. Witnesses chased REILLY into an alley located near the bank. REILLY attempted to hide from the witnesses while in the alley. One of the witnesses observed REILLY peeking out from behind a fence and grabbed REILLY and took custody of him. Two witnesses brought REILLY back to the bank and held REILLY until Chicago Police Officers arrived. REILLY was wearing a Chicago Bears sweatshirt when taken into custody by the witness.

8. While being brought back to the bank, REILLY apologized to the witness and advised he was drunk. Bank employees identified REILLY as the individual who robbed the bank. REILLY had his Cook County Inmate identification on his person during his arrest.

9. The jacket REILLY was wearing was recovered and contained a Salvation Army photo

identification belonging to REILLY. The jacket also contained a hand written note that stated, "robbery! put $ in bag now." $3,048.00 of the bank's cash, including bait bills and an exploded dye pack were recovered where witnesses observed REILLY discard them.

10. TCF Bank surveillance video captured the robber who matches REILLY's description and is wearing a dark jacket with a Chicago Bears sweatshirt.

11. Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe that MICHAEL DAVID REILLY did, by force, violence and intimidation, take approximately $2,947.00 in United States Currency belonging to and in the care, custody, control, management and possession of the TCF Bank branch office located at 5600 North Kimball, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

*[signature]*
NIKKOLE ROBERTSON

Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 30th day of November 2006

*[signature]*
NAN R. NOLAN
UNITED STATES MAGISTRATE JUDGE